UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
TURNER CONSTRUCTION COMPANY and       :    19cv8307(DLC)
ROCKEFELLER CENTER NORTH, INC.,       :
                                      :    ORDER OF
                          Plaintiffs, :    DISCONTINUANCE
                                      :
              -v-                     :
                                      :
WESTCHESTER SURPLUS LINES INSURANCE   :
COMPANY,                              :
                                      :
                          Defendant.  :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 16, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         February 14, 2020

                                  _____
                                       DENISE COTE
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/2020